UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KELLY EASTERDAY<br><br>Plaintiff,<br><br>vs.<br><br>FIRST FEDERAL SAVINGS AND LOAN AND MICHAEL KEITH,<br><br>Defendants. | Case No.: 3:17-cv-01898-MO<br><br>STIPULATED GENERAL JUDGMENT OF DISMISSAL |

THIS MATTER having come before the Court upon the Stipulation of Plaintiff Kelly Easterday and Defendants First Federal Savings and Loan and Michael Keith, by and through their respective attorneys, requesting that a General Judgment of Dismissal with prejudice be entered as to the Defendants, without costs or fees to any party and

Page - 1 – Stipulated General Judgment of Dismissal

with this Court retaining jurisdiction to interpret and enforce the terms of the settlement agreement entered into by the parties with respect to this matter on October 1 and 2, 2018;

IT IS HEREBY ORDERED AND ADJUDGED that a General Judgment of Dismissal be and hereby is entered as to the Defendants, with prejudice, and without costs or fees to any party and with this Court retaining jurisdiction to interpret and enforce the terms of the settlement agreement entered into by the parties with respect to this matter on October 1 and 2, 2018.

DATED this 4th day of Oct. 2018

_____
MICHAEL W. MOSMAN
Chief United States District Judge